UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CAPONE & KEEFE, PC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtor
MARC C. CAPONE MC4795

Order Filed on August 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Nancy Skrobola**

Case No.: **10-49857**

Judge:    **Kathryn C. Ferguson**

Chapter:    **13**

**ORDER RE-OPENING CASE, FILE FINANCIAL MANAGEMENT
COURSE AND CERTIFICATION IN SUPPORT OF DISCHARGE,
ENTER DISCHARGE ORDER AND CLOSE CASE**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: August 11, 2016**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

In re:   **Nancy Skrobola**
Case No.: **10-49857 (KCF)**
Caption of Order: **Order To Re-Open Case, File Financial Management Course Certificate and Certification In Support of Discharge, Enter a Discharge Order and Close Case**

      **THIS MATTER** having come before the Court on the Debtor's Motion to Re-Open Case for the Sole Purpose of Filing the Financial Management Certificate and Certification In Support of Discharge, Enter Discharge Order and Close Case; and the Court having considered the Debtor's Motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

      **ORDERED** that the Case is Re-Opened for the purpose to allow the Debtor to file the Financial Management Certificate and Certification In Support of Discharge, within 10 days of the entry of this Order; and

      **ORDERED** that once the certificate and certification is filed, the Court will enter the Discharge Order and close the case.