| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Nancy E Skrobola** | Social Security number or ITIN **xxx–xx–6330** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN _ _ _ _ |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of New Jersey** | |
| Case number: **10–49857–KCF** | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nancy E Skrobola

<u>8/12/16</u>                                                     **By the court:**   <u>Kathryn C. Ferguson</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 10-49857-KCF
Nancy E Skrobola                                                        Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2          Date Rcvd: Aug 12, 2016
                               Form ID: 3180W              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db           +Nancy E Skrobola,    80 Picket Place,    Unit G,    Freehold, NJ 07728-9539
cr           +Chase Home Finance, LLC servicer for U.S. Bank Nat,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr           +Country Village Condominium Association, Inc.,     c/o/ Cutolo Law Firm LLC,
               151 Highway 33 East,    Manalapan, NJ 07726-8368
511525784     Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
512001880    +Chase Home Finance LLC,    3415 Vision Drive Attn: OH4-7133,     Columbus, OH 43219-6009
511525785     Chase Home Finance, LLC,    PO Box 509011,    San Diego, CA 92150-9011
511525786     Chase Manhattan Mortgage,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
511525787     Chase Mtg/US Bank National,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
511525788     Chase/National Loan Recoveries,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
511525789     Country Village Condo Assoc.,    1 Willow Pond Dr,    Howell, NJ 07731-3085
511548598    +Country Village Condominium Association, Inc.,     c/o Cutolo Law Firm LLC,
               151 Highway 33 East Suite 204,    Manalapan, New Jersey 07726-8635
511525790    +Cutolo Law Firm, LLC,    151 Highway 33 East, Suite 204,    Manalapan, NJ 07726-8635
514077475    +J.P. Morgan Mortgage Acquisition Trust,    Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
514077476    +J.P. Morgan Mortgage Acquisition Trust,    Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412,
               J.P. Morgan Mortgage Acquisition Trust,    Serviced by Select Portfolio Servicing,
511525794     Monogram Bank N America,    4060 Ogletown/Stan De5-019-03-07,     Newark, DE 19713
511525796    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan-infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063-3134)
511634852    +National Loan Recoveries, LLC.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
511634854    +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
511525797    +Phelan Hallinan & Schmieg,    400 Fellowship Rd., Suite 100,    Mount Laurel, NJ 08054-3437
511525798     Pressler & Pressler,   7 Entin Rd,    Parsippany, NJ 07054-5020
511525802     TSYS Debt Mgmnt, Inc.,    PO Box 137,   Columbus, GA 31902-0137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2016 22:37:33      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2016 22:37:29      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
511815098     EDI: BECKLEE.COM Aug 12 2016 22:23:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
511551607     EDI: AIS.COM Aug 12 2016 22:18:00      American Infosource Lp As Agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
511525781     EDI: AMEREXPR.COM Aug 12 2016 22:23:00      Amex,   PO Box 981537,    El Paso, TX 79998-1537
511525782     EDI: RESURGENT.COM Aug 12 2016 22:23:00      B-Line LLC,   MS 550,   PO Box 91096,
               Seattle, WA 98111-9196
512068239     EDI: RESURGENT.COM Aug 12 2016 22:23:00      B-Line, LLC,   P.O. Box 91121,    Dept. 550,
               Seattle, WA 98111-9221
511525783     EDI: BL-BECKET.COM Aug 12 2016 22:23:00      Beckett & Lee,   PO Box 3001,
               Malvern, PA 19355-0701
511525780     EDI: ECAST.COM Aug 12 2016 22:23:00      ECAST Settlement Corp.,    PO Box 35480,
               Newark, NJ 07193-0001
512621595    +EDI: RESURGENT.COM Aug 12 2016 22:23:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
511525791     EDI: RESURGENT.COM Aug 12 2016 22:23:00      Lvnv Funding,   PO Box 10584,
               Greenville, SC 29603-0584
511525792     EDI: TSYS2.COM Aug 12 2016 22:23:00      Macy's,   PO Box 183083,    Columbus, OH 43218-3083
511525793     EDI: TSYS2.COM Aug 12 2016 22:23:00      Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
511525795     E-mail/PDF: bankruptcy@ncfsi.com Aug 12 2016 22:44:48      New Century Financial,
               110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
511996615     EDI: PRA.COM Aug 12 2016 22:18:00      Portfolio Recovery Associates, LLC,    c/o Sears,
               POB 41067,    Norfolk VA 23541
511525799     E-mail/Text: Supportservices@receivablesperformance.com Aug 12 2016 22:38:31
               Receivables Performanc,    T-Mobile,   20816 44th Ave W,    Lynnwood, WA 98036-7744
511525800     EDI: RESURGENT.COM Aug 12 2016 22:23:00      Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
511542548     EDI: RESURGENT.COM Aug 12 2016 22:23:00      Roundup Funding, LLC,    MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
511525801     EDI: WTRRNBANK.COM Aug 12 2016 22:23:00      Target Nb,   PO Box 673,
               Minneapolis, MN 55440-0673
511525803     EDI: TSYS2.COM Aug 12 2016 22:23:00      Visdsnb,   Macy's,   9111 Duke Blvd,
               Mason, OH 45040-8999
511525804    +E-mail/Text: bncmail@w-legal.com Aug 12 2016 22:37:42      Weinstein And Riley, PS,
               2001 Western Ave., Suite 400,    Seattle, WA 98121-3132
511525805     EDI: WFNNB.COM Aug 12 2016 22:23:00      Wfnnb/lmited,   PO Box 337001,
               Northglenn, CO 80233-7001
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Aug 12, 2016
                              Form ID: 3180W           Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
511525806       EDI: WFNNB.COM Aug 12 2016 22:23:00      Wfnnb/vctria,   PO Box 182128,
                 Columbus, OH   43218-2128
511581629       EDI: ECAST.COM Aug 12 2016 22:23:00      eCAST Settlement Corporation assignee of FIA Card,
                 Services aka Bank of America,    POB 35480,   Newark NJ 07193-5480
                                                                                             TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank N.A., as trustee, on behalf of the holde
                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of
               the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
               Series 2006-CH2 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A. et al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Country Village Condominium Association, Inc.
               hcutolo@cutololaw.com
              Jennifer  Novick    on behalf of Creditor    Chase Home Finance, LLC servicer for U.S. Bank
               National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CH2, Asset
               Backed Pass-Through Certificates, Series 2006-CH2 nj.bkecf@fedphe.com,   Erika.olsen@fedphe.com
              Marc C. Capone    on behalf of Debtor Nancy E Skrobola mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```