| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>CAPONE & KEEFE, PC<br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>(732) 528-1166<br>Attorney for Debtor<br>MARC C. CAPONE MC4795 | **Order Filed on August 11, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**Nancy Skrobola** | Case No.: **10-49857**<br><br>Judge:    **Kathryn C. Ferguson**<br><br>Chapter:    **13** |

### ORDER RE-OPENING CASE, FILE FINANCIAL MANAGEMENT COURSE AND CERTIFICATION IN SUPPORT OF DISCHARGE, ENTER DISCHARGE ORDER AND CLOSE CASE

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: August 11, 2016**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

In re:  **Nancy Skrobola**
Case No.: **10-49857 (KCF)**
Caption of Order: **Order To Re-Open Case, File Financial Management Course Certificate and Certification In Support of Discharge, Enter a Discharge Order and Close Case**

**THIS MATTER** having come before the Court on the Debtor's Motion to Re-Open Case for the Sole Purpose of Filing the Financial Management Certificate and Certification In Support of Discharge, Enter Discharge Order and Close Case; and the Court having considered the Debtor's Motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

**ORDERED** that the Case is Re-Opened for the purpose to allow the Debtor to file the Financial Management Certificate and Certification In Support of Discharge, within 10 days of the entry of this Order; and

**ORDERED** that once the certificate and certification is filed, the Court will enter the Discharge Order and close the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Nancy E Skrobola  
    Debtor

Case No. 10-49857-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 12, 2016  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.  
db         +Nancy E Skrobola,   80 Picket Place,   Unit G,   Freehold, NJ 07728-9539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:  
        Albert   Russo   docs@russotrustee.com  
        Andrew M. Lubin   on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com  
        Denise E. Carlon   on behalf of Creditor   U.S. Bank N.A. et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Hubert C. Cutolo   on behalf of Creditor   Country Village Condominium Association, Inc. hcutolo@cutololaw.com  
        Jennifer Novick   on behalf of Creditor   Chase Home Finance, LLC servicer for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CH2, Asset Backed Pass-Through Certificates, Series 2006-CH2 nj.bkecf@fedphe.com,   Erika.olsen@fedphe.com  
        Marc C. Capone   on behalf of Debtor Nancy E Skrobola mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        TOTAL: 7